FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

U.S. District Court of Central California
Office of the Clerk : Hon Chief Judge
255 E. Temple St #180 Los Angeles, CA 90012
April 6, 2023

Jose F. Montoya Dominguez
A petitioner

V.

Dept of Justice
Respondent

under 42 USC 1983
a civil rights action
own solely

CV23-2310-DSF(DFM)

a Complaint by Federal or
the law of the State for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount
of damage is ~~$ Ten millions dollars~~ . I am injuned To
Reduce To Five millions dollars for earlier, not now
Redress required, For plus Ten Thousand dollars every month living
cost. without Tax and citizenship papers. I want visit to seaul korea
a claim by Jose F. M. Dominguez pro se required

The Final decision
if. more
Than End of
november, 2022
I will plus charge
Fifty millions
dollars charged.
— Consolidated —
For my ages
Please pay in
Full within Two
Year For End of
2024. and a
" merger "
a limitation
an estate
by cash
only one
10% now
Cash one Time
Pay Tax

an amended, a relief
a Forthwith, an extend

Date : April 6. 2023

Reason by no deportation for any crime
no discrimination

Name : Jose F. Montoya Dominguez
60570-053
Address ; calle Carlos M. EF Guerra
Col. Constituyentes
Costa Rica sinaloa Mexico
80430

Jose F. Montoya Dominguez
60570-053
Calle Carlos M. EFguerra
Col. Constituyentes
Costa Rica, Sinaloa
    Mexico 80430
    Legal Mail

LOS ANGELES CA 900
22 MAR 2023 PM 8 L
USA Forever

U.S. COURTHOUSE
OFFICE OF THE Clerk
255 E. Temple ST #180
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

90012-333299